18475—George W. Lamb, Admr., v. Columbus, Newark & Zanesville Electric Ry. Co. Motion to direct Licking Appeals to certify record. Overruled.
Dock. March 27, 1924. 2 Abs. 244.

18475—George W. Lamb, Admr., v. Columbus, Newmark & Zanesville Electric Ry. Co. Motion by defendant to dismiss motion to certify record and other papers from the files. Overruled.
Dock. March 28, 1924. 2 Abs. 244.

18476—Ladies' Garment Cutters Union, Local No. 30, v. The Kassel-Gert Co. Motion to direct Hamilton Appeals to certify record. Overruled.

18480—Portage Market Companies v. Charles George, by etc. Motion to direct Summit Appeals to certify record. Sustained.
Dock. March 28, 1924.

18482—State of Ohio v. J. F. Stringer et al. Motion to direct Franklin Appeals to certify record. Overruled.
Dock. March 31, 1924. 2 Abs. 244.
OA. op. 2 Abs. 263; OS. Pend. 2 Abs. 358.

18495—Ambrose Gibbs v. Scioto Valley Rd. & Power Co. Motion to direct Fairfield Appeals to certify record. Sustained.
Dock. April 3, 1924. 2 Abs. 258.

18502—State of Ohio v. B. B. Barger et al. Motion for leave to file petition in error to Logan Appeals. Sustained.
Dock. April 4, 1924.

18504—Nancy McCoy Smith v. Nellie McCoy Davidson. Motion to direct Franklin Appeals to certify record. Overruled.
Dock. April 5, 1924. 2 Abs. 258.
OA. op. 2 Abs. 363; OS Pend. 2 Abs. 359.

18504—Nancy McCoy Smith v. Nellie McCoy Davidson. Motion by defendant to dismiss petition in error as of right. Sustained.
Same as last case.

18506—Industrial Commission v. William Monroe et al. Motion to direct Perry Appeals to certify record. Sustained.
Dock. April 9, 1924. 2 Abs. 274.

18507—Lulu Gill et al v. William Van Tassell et al. Motion to direct Wood Appeals to certify record. Overruled.
Dock. April 11, 1924. 2 Abs. 274.

18508—Avelin J. Gecan v. Republic Casualty Co. Motion to direct Mahoning Appeals to certify record. Overruled.
Dock. April·11, 1924. 2 Abs. 274.

18515—Jeremiah Ferguson v. Lawrence J. Crawford et al. Motion to direct Hancock Appeals to certify record. Overruled.
Dock. Apr. 15, 1924. 2 Abs. 274; OS. Pend 2 Abs. 246.

18527—Sarah J. Robinson, Admx., v. Pennsylvania R. R. Co. Motion to direct Mahoning Appeals to certify record. Overruled.
Dock. April 19, 1924. 2 Abs. 290.

18532—C. D. & M. Electric Co. v. Edward J. Early, Admr. Motion to direct Franklin Appeals to certify record Overruled.
Dock. April 22, 1924. 2 Abs. 290.

18534—Edred A. Reeder v. Frank Oestricher. Motion to direct Franklin Appeals to certify record. Overruled.
Dock. April 24, 1924. 2 Abs. 306.
OA. op. 2 Abs. 342.

18572—George H. Jones v. Nicholas Bldg. Co. Motion to direct Lucas Appeals to certify record. Overruled.
Dock. May 12, 1924. 2 Abs. 339.

18573—Nicholas & Shepard Co. v. Louis D. Mann. Motion to direct Wyandot Appeals to certify record. Overruled.
Dock. May 12, 1924. 2 Abs. 339.

18581—Trustees of Baptist Church v. Thomas Price, Exr. Motion to direct Union Appeals to certify record. Overruled.
Dock. May 13, 1924. 2 Abs. 356.

18584—James C. Davis, Agt., v. George T. Bowen. Motion to direct Darke Appeals to certify record. Overruled.
Dock. May 14, 1924. 2 Abs. 371.

18589—E. M. Adams v. Board of Education of Darby Tp. Rural School Dist. ·of Union County. Motion to direct Union Appeals to certify record. Overruled.
Dock. May 19, 1924. 2 Abs. 356.

18612—George B. Curd Equipment Co., a Corporation, v. Stave & Timber Corporation, etc. Motion to direct Hamilton Appeals to certify record. Dismissed on motion of plaintiff in error at its costs.
Dock. May 27, 1924.

18633—Vincenzo Caparra v. State of Ohio. Motion for leave to file petition in error to Jefferson Appeals. Overruled.
Dock. June 6, 1924. 2 Abs. 404.

---

### SYLLABI OF CASES DECIDED
#### No. 399

'No. 18442—Reggio Mattucci et al v. B. R. Sutliff. Error to the Court of Appeals of Belmont County.

**297. CONTRACTS — Judgment of trial court on two causes of action, one for reformation of contract respecting sale of coal lands and the other for 'damages for false representations. Court of Appeals refused reformation and dismissed the appeal on second cause, and its action is sustained by Supreme Court.**

JONES, J.

Plaintiff sued for damages ensuing from false representations made respecting two tracts of coal land, which defendants agreed to sell and convey to the plaintiff by a written contract. One of the tracts was unintentionally omitted from said contract, but on the following day defendant conveyed or caused to be conveyed both tracts to the plaintiff. Plaintiff's action included two causes of action, one seeking reformation of the contract so as to include the omitted tract, and the other asking damages for false representations. The trial court reformed the contract and rendered judgment for damages. Defendants appealed to the Court of Appeals.

Held: Upon development of the foregoing facts the Court of Appeals did not err in refusing reformation of the contract or in dismissing the appeal as to the second cause of action.
Judgment affirmed.
Robinson, Matthias, Day and Allen, JJ., concur. Wanamaker, J., not participating.